**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALON DANVERS,<br><br>    Plaintiff,<br><br>v.<br><br>DCN HOLDINGS, INC. d/b/a<br>ACCOUNTS RECEIVABLE,<br><br>    Defendant. | Case No. 2:23-cv-09171-AB-SK<br><br>~~[PROPOSED]~~ **ORDER DISMISSING CASE** |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41, hereby **DISMISSES this case with prejudice**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**


Dated: June 20, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE